THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LUDWIG MARQUARDT, Appellant.

(Argued October 5, 1915; decided October 26, 1915.)

APPEAL from a judgment of the Ulster County Court, rendered January 11, 1915, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Newton H. Fessenden* and *Joseph M. Fowler* for appellant.

*William D. Cunningham, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ. Absent: WILLARD BARTLETT, Ch. J.